UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

UNITED STATES OF AMERICA

-vs-	Case No. 5:08-cr-37-Oc-10GRJ

IAN DAVID DUNFEE

_____/

## O R D E R

The United States Magistrate Judge has issued a report (Doc. 38) recommending that Defendant's Motion to Suppress (Doc. 21) be denied.  None of the parties have filed objections to the Magistrate Judge's report and recommendation, and the time for filing objections has elapsed.  Accordingly, upon due consideration, it is ORDERED and ADJUDGED that the Magistrate Judge's Report and Recommendation (Doc. 88) is adopted, confirmed, and made a part hereof.

IT IS SO ORDERED.

DONE and ORDERED at Ocala, Florida this 16 day of December, 2008.

UNITED STATES DISTRICT JUDGE

Copies to:  Counsel of Record
            Maurya McSheehy, Courtroom Deputy
            Ian David Dunfee